UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JI HYE CHOI,

                            Plaintiff,

               -against-

YEOUNG SOO KIM,

                            Defendant.

24cv4486 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   July 18, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge